# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

April 5, 2004

**Before**

Hon. WILLIAM J. BAUER, *Circuit Judge*

Hon. MICHAEL S. KANNE, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

Nos. 03-1123, 03-1122 and 03-1124

| | |
|---|---|
| INDIANA BELL TELEPHONE COMPANY, INCORPORATED d/b/a Ameritech Indiana, *Plaintiff-Appellant, Cross-Appellee,* v. | Appeals from the United States District Court for the Southern District of Indiana, Indianapolis Division. |
| WILLIAM D. MCCARTY, DAVID W. HADLEY, and DAVID E. ZEIGNER, in their capacity as Commissioners of the Indiana Utility Regulatory Commission and not as individuals, *Defendants-Appellees, Cross-Appellants,* | No. 01 C 1690<br><br>Larry J. McKinney,<br>*Chief Judge.* |

and

AT&T COMMUNICATIONS OF INDIANA, GP, and
TCG INDIANAPOLIS,

*Defendants-Appellees, Cross-Appellants.*

## ORDER

The slip opinion issued in the above-entitled cause on March 5, 2004, is amended as follows:

Page 20, Section 2, first sentence, beginning at the fourth line, delete "in derogation of the Act" and replace with "was in error."

Further, on consideration of the petition for rehearing and petition for rehearing *en banc*, no judge in active service has requested a vote on the petition for rehearing *en banc*[1] and all of the judges on the original panel have voted to deny rehearing. It is, therefore, ORDERED that rehearing and rehearing *en banc* are DENIED.

---

[1]Chief Judge Joel M. Flaum, Judge Kenneth F. Ripple, Judge Ilana Diamond Rovner and Judge Ann Claire Williams did not participate in the consideration of this petition.